JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JOSEPH CARL STANLEY, | ) CV 12-9569-JAK (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| LEROY BACA, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed.

DATED: June 25, 2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1