UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CARL STANLEY,<br><br>　　　　Petitioner<br><br>　　v.<br><br>LEROY D. BACA,<br><br>　　　　Respondent. | Case No. CV 12-9569-JAK (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all other documents filed in this action, Respondent's Motion For Review Of Magistrate Judge's Order filed on March 5, 2015 ("Motion") and all related briefing by the parties, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report.  The Court has conducted a de novo review of those matters to which Petitioner has stated Objections.

　　　The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that:  (1) the Motion is GRANTED; (2) the Magistrate Judge's Order of February 19, 2015 is VACATED; (3) the Petition is recharacterized as one falling under 28 U.S.C. § 2254; and (4) within thirty (30) days of this Order, Petitioner shall file a response advising how he wishes to

proceed, including whether he wishes to proceed solely with his existing double jeopardy claim or have this action stayed while he exhausts any additional claims arising from his intervening conviction.

DATE: September 15, 2015     _____
                              JOHN A. KRONSTADT
                              UNITED STATES DISTRICT JUDGE