JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CARL STANLEY,<br>Petitioner<br>v.<br>LEROY D. BACA,<br>Respondent. | Case No. 2:12-cv-09569-JAK (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: April 14, 2021

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE